**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-6796

CHARLES B. STEWART, JR.,

Plaintiff - Appellant,

versus

WILLIAM J. SMITH, Warden of Patuxent
Institution; R. DANIELS, Correctional Officer,
II,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Benson Everett Legg, Chief District Judge.
(CA-03-666-L)

Submitted: January 30, 2004        Decided: February 12, 2004

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles B. Stewart, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles B. Stewart, Jr., appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). He also appeals the district court's order denying his motion to alter or amend judgment under Fed. R. Civ. P. 59(e). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Stewart v. Smith, No. CA-03-666-L (D. Md. April 3, 2003 & May 6, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED